United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CHRISTIAN ELIAS GALVAN, § <br> § <br> Petitioner, § <br> § <br> VS. § <br> § <br> JUAN AGUDELO, *et al.*, § <br> § <br> Respondents. § | CIVIL ACTION NO. 1:25-CV-244 |

## ORDER

In this habeas action, Petitioner Christian Elias Galvan challenges his ongoing detention without bond. (Pet., Doc. 1)  Galvan moves to dismiss his Petition as moot because he returned to Mexico in February 2026. (Motion, Doc. 12)  The Court finds that good cause supports the requested relief.  Accordingly, it is:

**ORDERED** that Petitioner Christian Elias Galvan's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED AS MOOT**.

The Clerk of Court is directed to close this case.

Signed on February 24, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge